UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KEITH SHATEK,<br><br>    Plaintiff,<br><br> vs.<br><br>KING TSUI,<br><br>    Defendant. | Case No:  C 10-5896 SBA<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

   This Court previously scheduled a telephonic Case Management Conference for June 30, 2011, and ordered Plaintiff to file a Joint Case Management Conference Statement at least seven days in advance of the hearing.  Dkt. 11, 16.  Plaintiff failed to file a Case Management Statement as ordered, and failed to set up the conference call for the Case Management Conference and contact the Court at the scheduled date and time.   Dkt. 18.  The failure to comply with the Federal Rules of Civil Procedure, the Local Rules of the Court or any Court Order is grounds for dismissal of this action under Federal Rule of Civil Procedure 41(b).  See Ferdick v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1992).  Accordingly,

   IT IS HEREBY ORDERED THAT the parties shall show cause why the instant action should not be dismissed without prejudice under Rule 41(b) for failure to comply with a Court order.  Within fourteen (14) days of the date this order is filed, the parties shall file a Certificate of Counsel to explain why the case should or should not be dismissed.  The Certificate shall set forth the nature of the cause, its present status, the reason it has not been brought to trial or otherwise terminated, any basis for opposing dismissal and its expected course if not dismissed.  FAILURE TO FULLY COMPLY WITH THIS ORDER WILL BE DEEMED SUFFICIENT GROUNDS TO DISMISS THE ACTION, WITHOUT FURTHER NOTICE.

IT IS SO ORDERED.

Dated: July 11, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SCHATEK et al,

      Plaintiff,

 v.

TSUI et al,

      Defendant.
_____/

Case Number: CV10-05896 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 12, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Keith Schatek
# 7 N. Front Street
Rio Vista, CA 94571

King Tsui
473 Buena Vista Avenue, Suite #203
Alameda, CA 94501

Dated: July 12, 2011

                Richard W. Wieking, Clerk

                      By: LISA R CLARK, Deputy Clerk